CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-264-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO |
| | ) | CONTINUE TRIAL AND |
| TUAN HONG TRAN, | ) | PRETRIAL MOTIONS DATES |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline, as well as Mr. Tran's knowing and voluntary speedy trial waiver. The Court grants the unopposed motion and finds that:

1. Taking into account the exercise of due diligence and given defense counsel's need for additional time to review and analyze discovery materials and to conduct investigation and effectively prepare for trial, pretrial motions, negotiations with the Government, and advising Mr. Tran, not granting a continuance would deny the defendant reasonable time necessary for effective preparation of his case. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Given the considerations outlined above, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE
TRIAL & PTM DATES   - 1
(*Tuan Hong Tran*; CR14-264-MJP)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

more speedy trial, based upon the Court's evaluation of relevant factors pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to April 6, 2015, and that pretrial motions shall be filed no later than January 23, 2015. The period of delay from the date of this order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

DATED this 28th day of October, 2014.

_____
Marsha J. Pechman
United States District Judge

Presented by,

*s/   Russell V. Leonard*
Assistant Federal Public Defender
Attorney for Tuan Hong Tran

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE
TRIAL & PTM DATES    - 2
(*Tuan Hong Tran*; CR14-264-MJP)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**