The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA, | NO. CR14-264MJP |
| Plaintiff, | |
| v. | ORDER TO EXTEND DUE DATE |
| TUAN TRAN, | |
| Defendant. | |

The Court, having considered the stipulated request and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion for Compassionate Release is extended to no later than September 23, 2021, and the Defendant's Reply Brief is due no later than October 7, 2021, and the Defendant's Motion is re-noted for October 8, 2021.

DATED this 14th day of September, 2021.

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Vincent T. Lombardi*

Order to Extend Due Date - 1
*United States v Tran,* CR14-264MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  VINCENT T. LOMBARDI
   Assistant United States Attorney
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order to Extend Due Date - 2
*United States v Tran,* CR14-264MJP