The Honorable Marsha J. Pechman

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT FOR THE
8           WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
9

10    UNITED STATES OF AMERICA,              NO. CR14-264MJP
11                      Plaintiff
                                             ORDER TO SEAL EXHIBIT A TO
12              v.                           GOVERNMENT'S RESPONSE TO
                                             DEFENDANT'S MOTION FOR
13    TUAN TRAN,                             COMPASSIONATE RELEASE
14                      Defendant.
15

16          This matter has come before the Court on the motion to seal Exhibit A to

17   Government's Response to Defendant's Motion for Compassionate Release.  The Court

18   has reviewed the motion and records in this case and finds there are compelling reasons

19   to permit the filing under seal of the Exhibit A to Government's Response to Defendant's

20   Motion for Compassionate Release, due to the sensitive information contained therein.

21   //
22   //
23   //
24   //
25   //
26
27
28

ORDER TO SEAL                                        UNITED STATES ATTORNEY
*United States v. Tran*, CR14-264MJP - 1              700 STEWART STREET, SUITE 5220
                                                      SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970

1    IT IS HEREBY ORDERED that Exhibit A to Government's Response to

2 Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)

3 be filed under seal.

4    DATED this 8th day of October, 2021.

5

6

7

8 _____
   MARSHA J. PECHMAN
9 United States District Judge

10
Presented by:
11

12 /s/ Vincent T. Lombardi
   VINCENT T. LOMBARDI
13 Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SEAL
*United States v. Tran*, CR14-264MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970