THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  TUAN TRAN,  Defendant. | No. CR14-264-MJP  ORDER GRANTING MOTION TO SEAL EXHIBIT |

THIS MATTER has come before the Court on Mr. Tran's motion to seal Exhibits 3, 5, and 6 to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Exhibits 3, 5, and 6 be sealed.

DATED this 8th day of October 2021.

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Tuan Tran

ORDER TO SEAL EXHIBIT
(*USA v. Tran* / CR14-264-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100